103 F.3d 115
 Carmen Woods
v.
David S. Owens, Robert Freeman, Superintendent Beard, Deputy
Superintendent Henry, Deputy Superintendent Smith, Lt.
Orwig, Lt. Miller, Sergeant Nichols, Sergeant Samisini,
Correction Officer Enriguez, Correctional Officer Williams,
Four John Doe Correction Officers, Two John Doe State
Troopers, Joseph Miller, Sergeant, Correctional Officer
Norton, J. F. Mazurkiewicz, Superintendent, Sergeant Smith,
Jeffrey Beard, Terry Henry, Richard
 NO. 96-7224
 United States Court of Appeals,
Third Circuit.
 Nov 12, 1996
 
 Appeal From: M.D.Pa., No. 90-254,
 Rambo, J.
 
 
 1
 AFFIRMED.